UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MIGUEL ANGEL LEAL AVILA, *individually and on behalf of others similarly situated,*

                *Plaintiff,*

     -against-

AGUACALIENTE ENTERPRISES CORP.
d/b/a JIMBOS HAMBURGER PALACE,
URBANO ENTERPRISES INC., URBANO
HERNANDEZ and JOSE HERNANDEZ,

                *Defendants.*
------------------------------------------------------------------------X

Civil Action No. **1:21-cv-10307**

~~[Proposed Form Of]~~
**JUDGMENT**

## JUDGMENT

On June 20, 2022, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, MIGUEL ANGEL LEAL AVILA, have judgment against AGUACALIENTE ENTERPRISES CORP., d/b/a JIMBOS HAMBURGER PALACE, URBANO ENTERPRISES INC., URBANO HERNANDEZ and JOSE HERNANDEZ, jointly and severally, in the amount of <u>Thirty-Five Thousand Dollars ($35,000.00)</u> which is inclusive of attorneys' fees and costs.

Dated:  June 21, 2022

                                                          _____
                                                          RONNIE ABRAMS
                                                          UNITED STATES DISTRICT JUDGE